THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IRVIN JOHNSON, Appellant. [624 NYS2d 1004] —Judgment unanimously affirmed. Memorandum: Upon our review of the record, we conclude that the verdict is not against the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490, 495). Defendant's sentence is neither unduly harsh nor severe. (Appeal from Judgment of Supreme Court, Erie County, Kubiniec, J.—Sexual Abuse, 1st Degree.) Present—Pine, J. P., Lawton, Fallon, Wesley and Davis, JJ.